UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

FRANK FARINO,

                                          Plaintiff,

                    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION and
JOHN MICHAEL QUATTROCCHI,

                                          Defendants.

------------------------------------------------------------------ x

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

12 CV 3441 (SLT)

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties herein

that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is

dismissed with prejudice as to all defendants.

Dated:       New York, New York
             September 7, 2012

Law Offices of Joshua Friedman, P.C.
Attorneys for Plaintiff
1050 Seven Oaks Lane
Mamaroneck, New York 10543
(212) 308-4338, ext. 6
josh@joshuafriedmanesq.com


By: _____
        Joshua Friedman


Law Offices of Paul Montouri
Attorneys for Defendant Quattrocchi
246 Mineola Boulevard
Mineola, NY 11501


By: _____
        Paul Montouri

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
Attorney for Defendant BOE
100 Church Street, Room 2-144
New York, New York 10007
Tel: (212) 788 0883
dgomez@law.nyc.gov


By: _____
        Daniel Gomez-Sanchez
        Assistant Corporation Counsel