UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

FRANK FARINO,

                                          Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION and
JOHN MICHAEL QUATTROCCHI,

                                          Defendants.
---------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

12 CV 3441 (SLT)

IT IS HEREBY STIPULATED AND AGREED by the attorneys for the parties herein that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice as to all defendants.

Dated:     New York, New York
             September 7, 2012

Law Offices of Joshua Friedman, P.C.
Attorneys for Plaintiff
1050 Seven Oaks Lane
Mamaroneck, New York 10543
(212) 308-4338, ext. 6
josh@joshuafriedmanesq.com

By: _____
    Joshua Friedman

Law Offices of Paul Montouri
Attorneys for Defendant Quattrocchi
246 Mineola Boulevard
Mineola, NY 11501

By: _____
    Paul Montouri

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
Attorney for Defendant BOE
100 Church Street, Room 2-144
New York, New York 10007
Tel: (212) 788 0883
dgomez@law.nyc.gov

By: _____
    Daniel Gomez-Sanchez
    Assistant Corporation Counsel

<u>ORDER</u>
In light of this stipulation, the Clerk of Court is directed to close this case.
So ordered:

s/ SLT
_____ ; 9/10/12
    U.S.D.J.